IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAWRENCE ADAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-2572 |
| | § | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | § § § | |
| | § | |
| Defendant. | § § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND DISMISSING CASE**

Based on a de novo review of the Memorandum and Recommendation issued by Magistrate Judge Milloy on December 27, 2017, the court adopts it as its own Memorandum and Opinion, granting the motion to dismiss filed by the Acting Commissioner of the Social Security Administration based on the failure of the plaintiff, Lawrence Adams, to exhaust administrative remedies. The dismissal is without prejudice, to permit Mr. Adams to exhaust his administrative remedies by obtaining a final decision from the Commissioner before seeking judicial review.

SIGNED on January 22, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge